Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Christine**<br>First name<br>**Elizabeth**<br>Middle name<br>**White**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Brian**<br>First name<br>**Mark**<br>Middle name<br>**White**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Business name (if applicable)<br>_____<br>Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **8** **1** **2** **4**<br>OR<br>9xx - xx - ___ ___ ___ | xxx - xx - **4** **4** **6** **4**<br>OR<br>9xx - xx - ___ ___ ___ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ | EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

**5844 Back Bay Lane**
Number    Street

_____

**Austin, TX 78739**
City      State    ZIP Code

**Travis**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City      State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City      State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| **Part 2:** | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|--|--|--|--|
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|--|--|--|--|
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

**11. Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Christine | Elizabeth | White | |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | Christine | Elizabeth | White |
|----------|-----------|-----------|-------|
| Debtor 2 | Brian | Mark | White |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.　What is the hazard?　_____
_____
_____

　　　　　If immediate attention is needed, why is it needed?
_____
_____
_____

　　　　　Where is the property?　_____

Number　　Street

_____

City　　　　　　　　State　ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Christine | Elizabeth | White |
|----------|-----------|-----------|-------|
| Debtor 2 | Brian | Mark | White |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Christine Elizabeth White**
Christine Elizabeth White, Debtor 1
Executed on **05/01/2025**
MM/ DD/ YYYY

X **/s/ Brian Mark White**
Brian Mark White, Debtor 2
Executed on **05/01/2025**
MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** /s/ Michael V. Baumer

Signature of Attorney for Debtor

Date **05/01/2025**

MM / DD / YYYY

**Michael V. Baumer**

Printed name

**Law Office of Michael Baumer**

Firm name

**P.O. Box 1818**

Number          Street

**Liberty Hill**                                                        **TX**     **78642-1818**

City                                                                    State    ZIP Code

Contact phone **(512) 476-8707**          Email address **baumerlaw@baumerlaw.com**

**01931920**                                                            **TX**

Bar number                                                             State

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Brian** | **Mark** | **White** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

1.1 _____

Street address, if available, or other description

_____

City          State          ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

_____

**Current value of the portion you own?**

_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................................... ➡ | **$0.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1 | Make: | **Honda** | | |
|---|---|---|---|---|

**3.1**

Make: **Honda**

Model: **Passport Elite**

Year: **2019**

Approximate mileage: **125000**

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$20,376.00**

Current value of the portion you own? **$20,376.00**

If you own or have more than one, describe here:

**3.2**

Make: **Volvo**

Model: **XC60**

Year: **2020**

Approximate mileage: **82000**

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$22,425.00**

Current value of the portion you own? **$22,425.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**4.1**

Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................... ➡ **$42,801.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware

    ☐ No

    ☑ Yes. Describe. .........

    | See Attached. | $5,890.00 |
    |---|---|

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No

    ☑ Yes. Describe. .........

    | See Attached. | $3,450.00 |
    |---|---|

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No

    ☑ Yes. Describe. .........

    | craft supplies<br><br>misc sporting goods | $400.00 |
    |---|---|

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | See Attached. | $2,500.00 |
    |---|---|

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | men's jewelry<br><br>women's jewelry | $850.00 |
    |---|---|

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | dog |
    |---|

    $0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
      information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ............................................................................................................... ➜    $13,090.00

---

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes .................................................................................................................    Cash: ...................    $75.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Bank of America ending 1407** | **$2.50** |
| 17.2. Checking account: | **Bank of America ending 1690** | **$0.00** |
| 17.3. Checking account: | **UFCU checking 2385** | **$6.81** |
| 17.4. Checking account: | **UFCU ending 2382** | **$6.79** |
| 17.5. Checking account: | **UFCU teen account cking 3482-00** | **$31.08** |
| 17.6. Savings account: | **Member's Choice CU savings ening 0980** | **$0.00** |
| 17.7. Savings account: | **UFCU 2382 savings** | **$0.00** |
| 17.8. Savings account: | **UFCU ending 2385** | **$5.00** |
| 17.9. Savings account: | **UFCU teen account savings 3482-08** | **$0.00** |
| 17.10. Savings account: | **Wells Fargo minor savings 8052** | **$3.81** |
| 17.11. Savings account: | **Wells Fargo savings 9894** | **$0.18** |
| 17.12. Other financial account: | **Greenlight App** | **$25.50** |
| 17.13. Other financial account: | **Greenlight App - teen** | **$3.75** |
| 17.14. Other financial account: | **Paypal** | **$0.00** |
| 17.15. Other financial account: | **Venmo** | **$1.21** |
| 17.16. Other financial account: | **Venmo** | **$15.23** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific
information about
them....................          Name of entity:                              % of ownership:

          **MashUp Foods Inc**                                      **100.00%**            **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
information about
them.................... Issuer name:

_____     _____

_____     _____

_____     _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
account separately.   Type of account:        Institution name:

401(k) or similar plan:   **Hilltop Holdings Schwab 401K** _____   $110,243.00

IRA:                      **Edward Jones Roth IRA** _____   $10,002.00

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☐ No

☑ Yes ......................              Institution name or individual:

Other:   **Landlord** _____   $2,400.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ......................  Issuer name and description:

_____     _____

_____     _____

_____     _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ......................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     _____

_____     _____

_____     _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No

    ☑ Yes. Give specific
    information about them. ...

    | John S. Jones Longstaff Trust (Bahamas Trust) - Debtor receives $1800 per quarter and can receive up to $5000 additional upon request and approval of disbursement. | $19,544.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☐ No

    ☑ Yes. Give specific
    information about them. ...

    | PickleSmash - registered brand | $0.00 |

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No

    ☑ Yes. Give specific
    information about them. ...

    | NMLS<br><br>TDL | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

    ☐ No

    ☑ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

    | 2024 refund and pro-rated 2025 tax refund - no refund expected | Federal: | $0.00 |
    | | State: | |
    | | Local: | |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    | | Alimony: | |
    | | Maintenance: | |
    | | Support: | |
    | | Divorce settlement: | |
    | | Property settlement: | |

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........ [                                    ]    _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Farmers Ins renters | debtors | $0.00 |
    | Primerica term policies | debtors | $0.00 |
    | Progressive auto | debtors | $0.00 |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........ [                                    ]    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. .............. [                                    ]    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. .............. [                                    ]    _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........ [                                    ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................... ➡    [ $142,365.86 ]

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**38.** **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. ......... [                              ]        _____

**39.** **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. ......... [                              ]        _____

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. ......... [                              ]        _____

**41.** **Inventory**

☑ No

☐ Yes. Describe. ......... [                              ]        _____

**42.** **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                                    % of ownership:

_____                    _____        _____

_____                    _____        _____

_____                    _____        _____

**43.** **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. ......... [                              ]        _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**   ➜
**for Part 5. Write that number here** ............................................................................................................

| | |
|---|---|
| | **$0.00** |

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
               **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................    _____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................    _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................ ➡ | **$0.00** |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................ ➡ | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ................................................................................. ➡ | **$0.00** |

56. **Part 2: Total vehicles, line 5**                          $42,801.00

57. **Part 3: Total personal and household items, line 15**      $13,090.00

58. **Part 4: Total financial assets, line 36**                  $142,365.86

59. **Part 5: Total business-related property, line 45**         $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**       +  $0.00

62. **Total personal property.** Add lines 56 through 61. ...............  | $198,256.86 |   Copy personal property total ➡ | + $198,256.86 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................... | **$198,256.86** |

| | Continuation Page | |

| 6. | **Household goods and furnishings** | |
| | art | $150.00 |
| | bedroom | $225.00 |
| | bedroom 1 | $650.00 |
| | bedroom 3 | $75.00 |
| | books | $200.00 |
| | freezer | $65.00 |
| | kitchenware | $400.00 |
| | living room (sofa, chair, tables, lamps, rug, etc) | $1,400.00 |
| | misc electronics | $700.00 |
| | misx household goods | $750.00 |
| | office | $375.00 |
| | refrigerator | $100.00 |
| | refrigerator | $50.00 |
| | table and chairs | $100.00 |
| | tools | $500.00 |
| | washer and dryer | $150.00 |
| 7. | **Electronics** | |
| | cell phones (3) | $1,250.00 |
| | laptops (2) | $1,000.00 |
| | printer | $100.00 |
| | televisions (5) | $1,100.00 |
| 11. | **Clothes** | |
| | men's clothing | $500.00 |
| | misc girl's clothing | $1,000.00 |
| | women's clothing and accessories | $1,000.00 |

| Debtor 1 | Christine | Elizabeth | White |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Brian | Mark | White |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western__ District of __Texas__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check only one, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2019 Honda Passport Elite**<br><br>Line from Schedule A/B: **3.1** | $20,376.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☑ $10,024.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)(Allocated: $4,450.00)<br><br>11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2020 Volvo XC60**<br><br>Line from *Schedule A/B*: **3.2** | **$22,425.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$1,134.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)(Allocated: $0.00)**<br><br>**11 U.S.C. § 522(d)(5)** |
| Brief description: **misc electronics**<br><br>Line from *Schedule A/B*: **6** | **$700.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $700.00)** |
| Brief description: **living room (sofa, chair, tables, lamps, rug, etc)**<br><br>Line from *Schedule A/B*: **6** | **$1,400.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $1,400.00)** |
| Brief description: **refrigerator**<br><br>Line from *Schedule A/B*: **6** | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $100.00)** |
| Brief description: **kitchenware**<br><br>Line from *Schedule A/B*: **6** | **$400.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $400.00)** |
| Brief description: **table and chairs**<br><br>Line from *Schedule A/B*: **6** | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $100.00)** |
| Brief description: **bedroom 1**<br><br>Line from *Schedule A/B*: **6** | **$650.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)(Allocated: $650.00)** |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) | |
|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **bedroom**<br>Line from *Schedule A/B:* **6** | $225.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $225.00) |
| Brief description: **bedroom 3**<br>Line from *Schedule A/B:* **6** | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $75.00) |
| Brief description: **office**<br>Line from *Schedule A/B:* **6** | $375.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $375.00) |
| Brief description: **refrigerator**<br>Line from *Schedule A/B:* **6** | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $50.00) |
| Brief description: **freezer**<br>Line from *Schedule A/B:* **6** | $65.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $65.00) |
| Brief description: **washer and dryer**<br>Line from *Schedule A/B:* **6** | $150.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $150.00) |
| Brief description: **tools**<br>Line from *Schedule A/B:* **6** | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $500.00) |
| Brief description: **misx household goods**<br>Line from *Schedule A/B:* **6** | $750.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $750.00) |
| Brief description: **books**<br>Line from *Schedule A/B:* **6** | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $200.00) |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **art**<br>Line from *Schedule A/B:* **6** | **$150.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $150.00) |
| Brief description: **laptops (2)**<br>Line from *Schedule A/B:* **7** | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $1,000.00) |
| Brief description: **cell phones (3)**<br>Line from *Schedule A/B:* **7** | **$1,250.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $1,250.00) |
| Brief description: **televisions (5)**<br>Line from *Schedule A/B:* **7** | **$1,100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $1,100.00) |
| Brief description: **printer**<br>Line from *Schedule A/B:* **7** | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $100.00) |
| Brief description: **misc sporting goods**<br>Line from *Schedule A/B:* **9** | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $200.00) |
| Brief description: **craft supplies**<br>Line from *Schedule A/B:* **9** | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $200.00) |
| Brief description: **men's clothing**<br>Line from *Schedule A/B:* **11** | **$500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $500.00) |
| Brief description: **women's clothing and accessories**<br>Line from *Schedule A/B:* **11** | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $1,000.00) |
| Brief description: **misc girl's clothing**<br>Line from *Schedule A/B:* **11** | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: $1,000.00) |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **men's jewelry** <br> Line from *Schedule A/B*: **12** | **$550.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4)(Allocated: $550.00) |
| Brief description: **women's jewelry** <br> Line from *Schedule A/B*: **12** | **$300.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4)(Allocated: $300.00) |
| Brief description: **dog** <br> Line from *Schedule A/B*: **13** | **$0.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)(Allocated: ) |
| Brief description: **cash** <br> Line from *Schedule A/B*: **16** | **$75.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $75.00) |
| Brief description: **Bank of America ending 1407** Checking account <br> Line from *Schedule A/B*: **17** | **$2.50** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $2.50) |
| Brief description: **Bank of America ending 1690** Checking account <br> Line from *Schedule A/B*: **17** | **$0.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.00) |
| Brief description: **UFCU ending 2382** Checking account <br> Line from *Schedule A/B*: **17** | **$6.79** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $6.79) |
| Brief description: **UFCU ending 2385** Savings account <br> Line from *Schedule A/B*: **17** | **$5.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $5.00) |
| Brief description: **Member's Choice CU savings ening 0980** Savings account <br> Line from *Schedule A/B*: **17** | **$0.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.00) |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **UFCU checking 2385**<br>**Checking account**<br>Line from *Schedule A/B:* __17__ | **$6.81** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $6.81) |
| Brief description: **UFCU 2382 savings**<br>**Savings account**<br>Line from *Schedule A/B:* __17__ | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.00) |
| Brief description: **Wells Fargo savings 9894**<br>**Savings account**<br>Line from *Schedule A/B:* __17__ | **$0.18** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.18) |
| Brief description: **Wells Fargo minor savings 8052**<br>**Savings account**<br>Line from *Schedule A/B:* __17__ | **$3.81** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $3.81) |
| Brief description: **Venmo**<br>**Other financial account**<br>Line from *Schedule A/B:* __17__ | **$15.23** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $15.23) |
| Brief description: **Venmo**<br>**Other financial account**<br>Line from *Schedule A/B:* __17__ | **$1.21** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $1.21) |
| Brief description: **UFCU teen account cking 3482-00**<br>**Checking account**<br>Line from *Schedule A/B:* __17__ | **$31.08** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $31.08) |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **UFCU teen account savings 3482-08**<br>**Savings account**<br>Line from *Schedule A/B*: **17** | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.00) |
| Brief description: **Greenlight App**<br>**Other financial account**<br>Line from *Schedule A/B*: **17** | **$25.50** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $25.50) |
| Brief description: **Paypal**<br>**Other financial account**<br>Line from *Schedule A/B*: **17** | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $0.00) |
| Brief description: **Greenlight App - teen**<br>**Other financial account**<br>Line from *Schedule A/B*: **17** | **$3.75** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $3.75) |
| Brief description: **Edward Jones Roth IRA**<br>Line from *Schedule A/B*: **21** | **$10,002.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12)(Allocated: $10,002.00) |
| Brief description: **Hilltop Holdings Schwab 401K**<br>Line from *Schedule A/B*: **21** | **$110,243.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12)(Allocated: $110,243.00) |
| Brief description: **Landlord**<br>**Other**<br>Line from *Schedule A/B*: **22** | **$2,400.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)(Allocated: $2,400.00) |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) | |
|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **John S. Jones Longstaff Trust (Bahamas Trust) - Debtor receives $1800 per quarter and can receive up to $5000 additional upon request and approval of disbursement.**<br><br>Line from *Schedule A/B*: **25** | **$19,544.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)(Allocated: $19,544.00)** |
| Brief description: **Primerica term policies**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)(Allocated: )** |

IN RE:     **White, Christine Elizabeth**                    CASE NO

         **White, Brian Mark**                              CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real Estate | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicle | $42,801.00 | $27,193.00 | $15,608.00 | $15,608.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $5,890.00 | $0.00 | $5,890.00 | $5,890.00 | $0.00 |
| 7. | Electronics | $3,450.00 | $0.00 | $3,450.00 | $3,450.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $2,500.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 12. | Jewelry | $850.00 | $0.00 | $850.00 | $850.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $75.00 | $0.00 | $75.00 | $75.00 | $0.00 |
| 17. | Deposits of money | $101.86 | $0.00 | $101.86 | $101.86 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $120,245.00 | $0.00 | $120,245.00 | $120,245.00 | $0.00 |
| 22. | Security deposits and prepayments | $2,400.00 | $0.00 | $2,400.00 | $2,400.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $19,544.00 | $0.00 | $19,544.00 | $19,544.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:    **White, Christine Elizabeth**                           CASE NO

       **White, Brian Mark**                                 CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|--------------------|-----------------------|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:    **White, Christine Elizabeth**                    CASE NO

        **White, Brian Mark**                             CHAPTER  **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet #2*

<u>Exemption Totals by Category:</u>

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$198,256.86** | **$27,193.00** | **$171,063.86** | **$171,063.86** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:    **White, Christine Elizabeth**        CASE NO

           **White, Brian Mark**             CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $198,256.86 | $27,193.00 | $171,063.86 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **White, Christine Elizabeth**

**White, Brian Mark**

CASE NO

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$198,256.86** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$198,256.86** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$27,193.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$27,193.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$171,063.86** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$171,063.86** |
| J. Total Exemptions Claimed (Wild Card Used: $30,849.61, Available: $0.39) | **$171,063.86** |
| K. Total Non-Exempt Property Remaining (G-J) | **$0.00** |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Brian** | **Mark** | **White** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Members Choice**<br>Creditor's Name<br><br>**PO Box 20248**<br>Number        Street<br><br>_____<br>**Waco, TX 76702-0247**<br>City        State        ZIP Code | Describe the property that secures the claim:<br><br>**2019 Honda Passport Elite**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,902.00 | $20,376.00 | $0.00 |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     **7/19**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number     **8   0   0   2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,902.00 |
|---|---|

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br><br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br><br>If any |

**2.2**

**Members Choice**
Creditor's Name

**PO Box 20248**
Number        Street

**Waco, TX 76702-0247**
City        State        ZIP Code

**Describe the property that secures the claim:**     $21,291.00     $22,425.00     $0.00

**2020 Volvo XC60**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **8/21**        Last 4 digits of account number     **8   0   0   3**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$21,291.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$27,193.00** |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Brian** | **Mark** | **White** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | | $10,000.00 | $10,000.00 | $0.00 |
| Priority Creditor's Name | | | | | |
| **Special Procedures Staff - Insolvency** | When was the debt incurred? **various** | | | | |
| **Po Box 7346** | As of the date you file, the claim is: Check all that apply. | | | | |
| Number          Street | ☐ Contingent | | | | |
| **Philadelphia, PA 19101-7346** | ☑ Unliquidated | | | | |
| City          State          ZIP Code | ☐ Disputed | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** possible personal liability for 941 taxes for Mashup Foods Inc. - returns still to be filed - amount estimated

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** **Texas Comptroller of Public Accounts** | Last 4 digits of account number ___ ___ ___ ___ | $1,000.00 | $1,000.00 | $0.00 |
| Priority Creditor's Name | When was the debt incurred? various | | | |

**PO Box 13528 Capitol Station**

**Revenue Accounting Div - Bankruptcy Sect**

Number          Street

**Austin, TX 78711**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** possible personal liability for sales taxes for Mashup Foods Inc. - returns still to be filed - amount estimated

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** **American Express**

Nonpriority Creditor's Name

**Po Box 981537**

Number          Street

_____

**El Paso, TX 79998-1537**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1   0   0   9**          $23,592.00

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**4.2** **American Express**

Nonpriority Creditor's Name

**Po Box 981537**

Number          Street

_____

**El Paso, TX 79998-1537**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **5   x   x   x**          $6,798.00

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3**   **Ashley Furniture**

Nonpriority Creditor's Name

**PO Box 965036**

Number      Street

**Orlando, FL 32896**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    x   x   x   x

When was the debt incurred?    **various**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$3,376.00**

---

**4.4**   **Austin Regional Clinic**

Nonpriority Creditor's Name

**PO Box 660061**

Number      Street

**Dallas, TX 75266-0061**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5   9   0   0

When was the debt incurred?    **10/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **medical**

**$351.00**

---

| Debtor 1 | __Christine__ | __Elizabeth__ | __White__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | __Brian__ | __Mark__ | __White__ | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.5 Austin Regional Clinic

Nonpriority Creditor's Name

__Po Box 26726__

Number          Street

__Austin, TX 78755-0726__

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __5   9   0   0__        $151.00

**When was the debt incurred?**        __various__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   __Medical Bill__

### 4.6 Bank of America

Nonpriority Creditor's Name

__Po Box 982238__

Number          Street

__El Paso, TX 79998-2238__

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __7   7   5   6__        $2,506.00

**When was the debt incurred?**        __various__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   __Credit Card__

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

### 4.7  Bank of America

Nonpriority Creditor's Name

**Po Box 982238**

Number               Street

**El Paso, TX 79998-2238**

City                      State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    9   6   3   8          $2,502.00

When was the debt incurred?              **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

### 4.8  Barclay

Nonpriority Creditor's Name

**PO Box 7247**

Number               Street

**Philadelphia, PA 19170**

City                      State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    x   x   x   x          $5,718.00

When was the debt incurred?              **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|----------|-----------|-----------|-------|-------|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

<div style="background:black; color:white; font-weight:bold; padding:2px;">Part 2:</div> **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                **Total claim**

**4.9**

**Barclays Bank**
_____
Nonpriority Creditor's Name

**Po Box 60517**
_____
Number            Street

_____

**City Industry, CA 91716-0517**
_____
City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **1    2    8    2**            **$20,717.00**

**When was the debt incurred?**            **various**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.10**

**BB4 a Series of Assure Labs 2021 LLC**
_____
Nonpriority Creditor's Name

**190 N 10th St**
_____
Number            Street

_____

**Brooklyn, NY 11211**
_____
City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___            **$0.00**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* | |
|----------|-----------|-------------|-----------|------------------------|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white;">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.11**   **Bee Cave Capital LLC**

Nonpriority Creditor's Name

**832 Stonewall Ridge Lane**

Number      Street

**Austin, TX 78746**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

**4.12**   **Best Egg**

Nonpriority Creditor's Name

**PO Box 42912**

Number      Street

**Philadelphia, PA 19101**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   1   5   8**      **$40,000.00**

**When was the debt incurred?**   **various**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **business loan**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white;padding:2px;">**Part 2:**</div> **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.13

**Best Egg**

Nonpriority Creditor's Name

**PO Box 42912**

Number          Street

**Philadelphia, PA 19101**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   1   5   8

When was the debt incurred?          **varous**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **business loan**

**$36,252.00**

### 4.14

**Brian Ruane**

Nonpriority Creditor's Name

**1425 Boadway #435**

Number          Street

**Seattle, WA 98122**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

**$0.00**

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) | |
|----------|-----------|-----------|-------|------|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.15 Business Backer

Nonpriority Creditor's Name

**10856 Reed Hartman Hwy #100**

Number          Street

**Cincinnati, OH 45242**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  9  2  7          **$6,501.00**

When was the debt incurred?          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **business loan**

### 4.16 Capital One

Nonpriority Creditor's Name

**Po Box 60519**

Number          Street

**City Industry, CA 91716-0519**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9  8  1  4          **$30,482.00**

When was the debt incurred?          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.17**  **Capital One**

Nonpriority Creditor's Name

**Po Box 60519**

Number            Street

**City Industry, CA 91716-0519**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8  9  8  0**                **$837.00**

**When was the debt incurred?**            **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**4.18**  **Capital One**

Nonpriority Creditor's Name

**Po Box 60519**

Number            Street

**City Industry, CA 91716-0519**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0  1  7  1**                **$1,308.00**

**When was the debt incurred?**            **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.19** **Capital One**

Nonpriority Creditor's Name

**Po Box 60519**

Number          Street

**City Industry, CA 91716-0519**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5    7    5    4**

When was the debt incurred?              **various**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$8,731.00**

---

**4.20** **Capital One**

Nonpriority Creditor's Name

**Po Box 60519**

Number          Street

**City Industry, CA 91716-0519**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **8    9    8    8**

When was the debt incurred?              **various**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$1,312.00**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.21**    **Comenity Capital Bank/Ikea**

Nonpriority Creditor's Name

**PO Box 182120**

Number          Street

**Columbus, OH 43219**

City            State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4   4   6   5**          $787.00

**When was the debt incurred?**            **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.22**    **Coyote Logistics**

Nonpriority Creditor's Name

**2545 W. Diversey Ave**

Number          Street

**Chicago, IL 60647**

City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **D   S   T   X**          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|----------|---------------|---------------|-----------|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.23** **Credit One Bank**

Nonpriority Creditor's Name

**PO Box 98872**

Number          Street

**Las Vegas, NV 89193**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3  8  3  2          $2,128.00

When was the debt incurred?          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**4.24** **Credit One Bank**

Nonpriority Creditor's Name

**PO Box 98872**

Number          Street

**Las Vegas, NV 89193**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3  8  3  2          $2,128.00

When was the debt incurred?          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="3"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.25**    **Damon Neth**

Nonpriority Creditor's Name

**10022 Estancia**

Number      Street

**Austin, TX 78739**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

**$0.00**

---

**4.26**    **Data Council**

Nonpriority Creditor's Name

**PO Box 74482**

Number      Street

**Atlanta, GA 30374**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

**$0.00**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | | |
| | First Name | Middle Name | Last Name | | | |

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

### 4.27  DC Scott

Nonpriority Creditor's Name

**1202 W. Bitters Bldg 2**

Number          Street

**San Antonio, TX 78216**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

### 4.28  Dell Children's Medical Center

Nonpriority Creditor's Name

**Po Box 204301**

Number          Street

**Dallas, TX 75320-4301**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5  9  4  2**          **$761.00**

**When was the debt incurred?**          **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

---

| Debtor 1 | __Christine__ | __Elizabeth__ | __White__ | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | __Brian__ | __Mark__ | __White__ | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.29**

**Dell Children's Medical Center**

Nonpriority Creditor's Name

**Po Box 204301**

Number          Street

**Dallas, TX 75320-4301**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __5__  __9__  __4__  __2__

When was the debt incurred?              __9/2024__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Medical Bill__

$239.00

---

**4.30**

**Diligent Services**

Nonpriority Creditor's Name

**2301 E. St Elmo #3-306**

Number          Street

**Austin, TX 78744**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Notice only__

$0.00

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.31**

**Discover**

Nonpriority Creditor's Name

**PO Box 71242**

Number          Street

**Charlotte, NC 28272-1242**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7  3  6  8          $7,335.00

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**4.32**

**Discover**

Nonpriority Creditor's Name

**PO Box 71242**

Number          Street

**Charlotte, NC 28272-1242**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    x  x  x  x          $14,684.00

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.33** **Egan Nelson LLP**

Nonpriority Creditor's Name

**221 W. 6th St #900**

Number                    Street


**Austin, TX 78701**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                $0.00

**When was the debt incurred?** _____


**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only** _____

---

**4.34** **Elizabeth Berry**

Nonpriority Creditor's Name

**address unknown**

Number                    Street


**liz.berry@gmail.com,**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                $0.00

**When was the debt incurred?** _____


**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only** _____

| Debtor 1 | **Christine** | **Elizabeth** | **White** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

---

**4.35**  **Emblem**

Nonpriority Creditor's Name

**PO Box 105555**

Number          Street

**Atlanta, GA 30348**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   0   1   7**          **$500.00**

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

**4.36**  **First National Legacy**

Nonpriority Creditor's Name

**500 E. 60th St N.**

Number          Street

**Sioux Falls, SD 57104**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   9   7   0**          **$2,359.00**

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.37

**First Premier Bank**

Nonpriority Creditor's Name

**3820 N. Louise Ave**

Number          Street

**Sioux Falls, SD 57107**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   x   x   x   x          **$962.00**

When was the debt incurred?          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

### 4.38

**Getida**

Nonpriority Creditor's Name

**1345 Queen Anne Road**

Number          Street

**Teaneck, NJ 07666**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **$0.00**

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|----------|----------|----------|----------|----------|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | Total claim |
|---|---|

---

**4.39** **HEB**

Nonpriority Creditor's Name

**2975 Regent Blvd #202531**

Number          Street

**Irving, TX 75063**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only** _____

---

**4.40** **James Cole**

Nonpriority Creditor's Name

**190 N 10th St,**

Number          Street

**Brooklyn, NY 11211**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only** _____

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* | |
|----------|---------------|---------------|-----------|--------------------------|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                    Total claim

---

**4.41**  **Jeffrey S. Pinsker, Trustee of Jeffrey**

Nonpriority Creditor's Name

**S. Pinsker Revocable Trust**

**555 E. 5th #3021**

Number              Street

**Austin, TX 78701**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $0.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

**4.42**  **Jonathan Skaare**

Nonpriority Creditor's Name

**2504 S. 5th St Unit A**

Number              Street

**Austin, TX 78704**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                    $0.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.43** **Kapture Box**

Nonpriority Creditor's Name

**3114 Garrison St**

Number          Street

**San Diego, CA 92106**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only**

**4.44** **KeHe**

Nonpriority Creditor's Name

**90t0 N. Schmid Rd**

Number          Street

**Romeoville, IL 60446**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.45 Lending Club

Nonpriority Creditor's Name

**PO Box 884268**

Number          Street

**Los Angeles, CA 90088-4268**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    2   5   1   2

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **business loan**

**$36,121.00**

### 4.46 LoanBuilder - PayPal

Nonpriority Creditor's Name

**1930 Olney Ave**

Number          Street

**Cherry Hill, NJ 08003**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5   4   7   7

**When was the debt incurred?**          **10/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **business loan guaranty**

**$40,725.00**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|----------|---------------|---------------|-----------|

| Debtor 2 | **Brian** | **Mark** | **White** |
|----------|-----------|-----------|-----------|
| | First Name | Middle Name | Last Name |

<div style="background:black;color:white;padding:4px;display:inline-block">**Part 2:**</div> **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.47**

**Mandlik & Rhodes**
Nonpriority Creditor's Name

**223 Applebee St**
Number                    Street

**Barrington, IL 60010**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice only**

Total claim: **$0.00**

---

**4.48**

**Marcus Goldman Sachs**
Nonpriority Creditor's Name

**PO Box 45400**
Number                    Street

**Salt Lake City, UT 84145-0400**
City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3  0  5  2**

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **business loan**

Total claim: **$37,717.00**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="3">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.49** | **Matthew Gase**

Nonpriority Creditor's Name

**903 Dartmoor Dr.**

Number          Street

**Austin, TX 78746**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

**4.50** | **Matthew O-Hayer**

Nonpriority Creditor's Name

**2309 S. 4th St**

Number          Street

**Austin, TX 78704**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black; color:white;"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

**4.51**

| Merrick Bank | | |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 9201**

Number          Street

**Old Bethpage, NY 11804**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     5   4   1   0

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim:** $3,180.00

---

**4.52**

| Merrick Bank | | |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 23356**

Number          Street

**Pittsburgh, PA 15222**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     x   x   x   x

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Total claim:** $3,773.00

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.53**   **MJS Packaging**

Nonpriority Creditor's Name

**500 E. St. Johns Ave #2620-1010**

Number      Street

**Austin, TX 78752**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$0.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

---

**4.54**   **Nebraska Furniture Mart**

Nonpriority Creditor's Name

**PO Box 2335**

Number      Street

**Omaha, NE 68103-2335**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **8   0   6   0**      **$4,153.00**

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.55

**Nebraska Furniture Mart**
Nonpriority Creditor's Name

**PO Box 2335**
Number          Street

**Omaha, NE 68103-2335**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   5   5   1   1

**When was the debt incurred?**          various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

$2,729.00

### 4.56

**Nelnet**
Nonpriority Creditor's Name

**Po Box 82561**
Number          Street

**Lincoln, NE 68501-2561**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   x   x   x   x

**When was the debt incurred?**          various

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Student Loans**

$72,261.00

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

<div style="text-align:right">Total claim</div>

### 4.57 Onramp Funds, Inc

Nonpriority Creditor's Name

**and eCommerce Funding LLC**

**7600 N. Capital of TX HWY Bldg 2, #200**
Number          Street

**Austin, TX 78731**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **business loan guaranty**

$54,248.00

### 4.58 Optimal Counsel

Nonpriority Creditor's Name

**500 E. St Johns Ave #2620-1010**
Number          Street

**Austin, TX 78752**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice onlu**

$0.00

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.59** **Patillo Brown & Hill LLP**

Nonpriority Creditor's Name

**PO Box 20725**

Number          Street

**Waco, TX 76702-0725**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**     **2022-2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

**4.60** **Reap Commerce**

Nonpriority Creditor's Name

**1920 McKinney Ave Floor 7**

Number          Street

**Dallas, TX 75201**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                   **Total claim**

---

**4.61**

**Reap Marketing LLC**

Nonpriority Creditor's Name

**1920 McKinney Ave Floor 7**

Number          Street

**Dallas, TX 75201**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only**

---

**4.62**

**Renfro Foods**

Nonpriority Creditor's Name

**815 Stella St**

Number          Street

**Fort Worth, TX 76104**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0  2  7  0         **$0.00**

**When was the debt incurred?** **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice only**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.63**

**Ricardo Casas & Laurel Casas**

Nonpriority Creditor's Name

**4224 Wyldwood Rd**

Number      Street

**Austin, TX 78739**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

---

**4.64**

**Richard Riccardi 2002 Generation**

Nonpriority Creditor's Name

**Skipping Trust**

**661 Forest Oaks Dr.**

Number      Street

**Mckinney, TX 75069**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.65**  Robert A. Ziegler

Nonpriority Creditor's Name

**900 S. Center St.**

Number                    Street

**Austin, TX 78704**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

**4.66**  Roland Jones Jr

Nonpriority Creditor's Name

**381 CR 1070**

Number                    Street

**Hewitt, TX 76643**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.67**

**S Austin Emergency Center**

Nonpriority Creditor's Name

**PO Box 669152**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$10,006.00**

**When was the debt incurred?**          **9/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

---

**4.68**

**Scott Jensen**

Nonpriority Creditor's Name

**8309 Young Lane**

Number          Street

**Austin, TX 78737**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.69**  **SKU 7 ATX Holdings LLC**

Nonpriority Creditor's Name

**2802 Petes Path**

Number          Street

**Austin, TX 78731**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

**4.70**  **SKU 7 Picklesmash PR Series I**

Nonpriority Creditor's Name

**3802 Petes Path**

Number          Street

**Austin, TX 78731**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice only**

---

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) _____ |
|---|---|---|---|---|

| Debtor 2 | Brian | Mark | White |
|---|---|---|---|

First Name      Middle Name      Last Name

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.71**   **Small Business Financial Solutions LLC**      **$71,304.24**

Nonpriority Creditor's Name

**4500 East West Hwy, 6th Floor**

Number      Street

**Bethesda, MD 20814**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Rapid Finance

Last 4 digits of account number    0   0   5   4

**When was the debt incurred?**    5/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **business loan guaranty**

---

**4.72**   **Sofi Lending Corp**      **$43,478.00**

Nonpriority Creditor's Name

**2750 E Cottonwood Pkwy**

Number      Street

**Salt Lake City, UT 84121**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    x   x   x   x

**When was the debt incurred?**    12/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **business loan guaranty**

| Debtor 1 | __Christine__ | __Elizabeth__ | __White__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | __Brian__ | __Mark__ | __White__ | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

---

**4.73** | **Spectrum**

Nonpriority Creditor's Name

**PO Box 60074**

Number          Street

**City of Industry, CA 91716-0074**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **Various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Notice only__

---

**4.74** | **SPS Commerce**

Nonpriority Creditor's Name

**PO Box 205782**

Number          Street

**Dallas, TX 75320-5782**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$0.00**

**When was the debt incurred?**          **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Notice only__

---

| Debtor 1 | Christine | Elizabeth | White | | Case number (if known) | |
|---|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | | |
| | First Name | Middle Name | Last Name | | | |

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="5">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.75** | **Synchrony Bank (Care Credit)**

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    x   x   x   x                $15,425.00

**When was the debt incurred?**          various

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.76** | **Synchrony Bank/Venmo**

Nonpriority Creditor's Name

**PO Box 965015**

Number          Street

**Orlando, FL 32896**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    x   x   x   x                $1,200.00

**When was the debt incurred?**          various

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.77**

**Texas Workforce Commission**

Nonpriority Creditor's Name

**OAG Bankruptcy & Collection Div**

**PO Box 12548 MC008**

Number          Street

**Austin, TX 78711**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**          0.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only** _____

---

**4.78**

**TRE Investments LLC**

Nonpriority Creditor's Name

**PO Box 1219**

Number          Street

**Dripping Springs, TX 78620**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice only** _____

---

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | **Total claim** |
|---|---|

---

**4.79**

**US Acute Care Solutions**
Nonpriority Creditor's Name

**PO Box 9820**
Number          Street

**Coral Springs, FL 33075**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2  5  9  9          $522.00

**When was the debt incurred?**          6/2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Bill**

---

**4.80**

**Velocity Investments LLC**
Nonpriority Creditor's Name

**PO Box 788**
Number          Street

**Wall, NJ 07719**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5  1  3  3          $12,021.00

**When was the debt incurred?**          various

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **business loan**

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

                                                                             **Total claim**

**4.81**

**Villas at Beaver Creek**

Nonpriority Creditor's Name

**1000 Meadow Creek Dr**

Number        Street

**Irving, TX 75038**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?        **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **broken apartment lease**

**$2,181.00**

---

**4.82**

**WebBank/Shopify**

Nonpriority Creditor's Name

**100 Schockoe Skip 2nd Floor**

Number        Street

**Richmond, VA 23219**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?        **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only**

**$0.00**

| Debtor 1 | __Christine__ | __Elizabeth__ | __White__ | Case number *(if known)* _____ |
| --- | --- | --- | --- | --- |
| Debtor 2 | __Brian__ | __Mark__ | __White__ | |
| | First Name | Middle Name | Last Name | |

## Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.83**

**WSD Enterprises LTD**

Nonpriority Creditor's Name

**4707 Elsy Ave**

Number        Street

**Dallas, TX 75209**

City       State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

**4.84**

**Wyndham Vacation Resorts**

Nonpriority Creditor's Name

**6277 Sea Harbor Dr.**

Number        Street

**Orlando, FL 32821**

City       State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      **$0.00**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Possible deficiency**

**Remarks:** foreclosure of Club Wyndam Access Vacation Ownership Plan

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**[1]**

**United States Attorney General**
Name

**950 Pennsylvania Ave., N.W.**

**Department of FHA**
Number       Street

**Washington, DC 20530**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**[2]**

**United States Attorney/IRS**
Name

**601 NW Loop 410 Ste. 600**
Number       Street

**San Antonio, TX 78316-5512**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**[3]**

**Rausch Sturm LLP**
Name

**15660 N Dallas Parkway, Ste 350**
Number       Street

**Dallas, TX 75248**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _8_ _8_ _9_ _2_

---

**[4]**

**Asset Recovery Solutions, LLC**
Name

**2200 E Devon Ave Ste 200**
Number       Street

**Des Plaines, IL 60018-4501**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    _0_ _7_ _4_ _4_

---

**[5]**

**Credit Control, LLC**
Name

**PO Box 546**
Number       Street

**Hazelwood, MO 63042-0546**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**[6]**

**Javitch Block, LLC**
Name

**1100 Superior Ave 19th Floor**
Number       Street

**Cleveland, OH 44114-2521**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Part 3:**     List Others to Be Notified About a Debt That You Already Listed - Additional Page

---

**7**   Javitch Block LLC

Name

275 W Campbell Ste 312

Number     Street

Richardson, TX 75080

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**8**   Javitch Block, LLC

Name

1100 Superior Ave 19th Floor

Number     Street

Cleveland, OH 44114-2521

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**9**   Javitch Block LLC

Name

275 W Campbell Ste 312

Number     Street

Richardson, TX 75080

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**10**   Capital Management Services

Name

698 1/2 S Ogden St

Number     Street

Buffalo, NY 14206-2317

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**11**   Portfolio Recovery Associates LLC

Name

120 Corporate Blvd #100

Number     Street

Norfolk, VA 23502-4962

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**12**   Capital Management Services

Name

698 1/2 S Ogden St

Number     Street

Buffalo, NY 14206-2317

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   6   5   8   4

---

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**13** Glass Mountain Capital LLC

Name

**1375 Woodfield Rd Ste 400**

Number    Street

**Schaumburg, IL 60173-5426**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**14** Marlette Funding LLC

Name

**3419 Silverside Road**

Number    Street

**Wilmington, DE 19810**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**15** Cavalry Portfolio Services

Name

**PO Box 27288**

Number    Street

**Tempe, AZ 85285-7288**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**16** Cavalry SPV I LLC

Name

**1 American Ln Ste 220**

Number    Street

**Greenwich, CT 06831-2563**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**17** Portfolio Recovery Services

Name

**120 Corporate Blvd**

Number    Street

**Norfolk, VA 23502**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**18** Midland Credit Management

Name

**350 Camino De La Reina Ste 100**

Number    Street

**San Diego, CA 92108-3007**

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|----------|-----------|-----------|-------|------------------------------------------|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**19** **Midland Credit Management**
Name

**350 Camino De La Reina Ste 100**
Number        Street

**San Diego, CA 92108-3007**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5   1   7   3**

---

**20** **Altus Receivables Management**
Name

**2121 Airline Dr #520**
Number        Street

**Metairie, LA 70002**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   7   3   0**

---

**21** **LVNV Funding LLC**
Name

**Po Box 10497**
Number        Street

**Greenville, SC 29603-0497**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**22** **Financial Recovery Services**
Name

**Po Box 21405**
Number        Street

**Eagan, MN 55121-1405**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**23** **Unifin, Inc**
Name

**Po Box 1608**
Number        Street

**Skokie, IL 60076-8608**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**24** **Resurgent Receivables LLC**
Name

**Po Box 10497**
Number        Street

**Greenville, SC 29603-0497**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**25.** Unifin, Inc

Name

**Po Box 1608**

Number          Street

**Skokie, IL 60076-8608**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**26.** Resurgent Receivables LLC

Name

**Po Box 10497**

Number          Street

**Greenville, SC 29603-0497**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**27.** US Acute Care Solutions

Name

**Po Box 9820**

Number          Street

**Coral Springs, FL 33075-0820**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**28.** Frost Arnett

Name

**Po Box 198988**

Number          Street

**Nashville, TN 37219-8988**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.28** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**29.** Zwicker & Assoc.

Name

**80 Minuteman Rd**

Number          Street

**Andover, MA 01810-1008**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**30.** Zwicker & Ass

Name

**Tone Lewis**

**801 W. Old Settlers Blvd #220**

Number          Street

**Round Rock, TX 78664**

City                              State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**31.** Jenkins Law Firm, PC
Name
**Attn: Robert E Jenkins**

**2221 Justin Rd # 119-480**
Number          Street
**Flower Mound, TX 75028-4848**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**32.** Zwicker & Ass
Name
**Tone Lewis**

**801 W. Old Settlers Blvd #220**
Number          Street
**Round Rock, TX 78664**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**33.** Barnett & Garcia
Name
**3821 Juniper Trace Ste 108**
Number          Street

**Austin, TX 78738**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.32** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**34.** Egan Nelson LLP
Name
**2911 Turtle Creek Blvd #1100**
Number          Street

**Dallas, TX 75219**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.33** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**35.** RGS Financial Inc
Name
**PO Box 852039**
Number          Street

**Richardson, TX 75085-2039**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.36** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _8_ _7_ _3_ _6_

**36.** Velocity Investments LLC
Name
**PO Box 788**
Number          Street

**Wall, NJ 07719**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

**Part 3:**     **List Others to Be Notified About a Debt That You Already Listed - Additional Page**

---

**37.** **Asset Recovery Solutions, LLC**
Name

**2200 E Devon Ave Ste 200**
Number    Street

**Des Plaines, IL 60018-4501**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**38.** **Cross River Bank**
Name

**885 Teaneck Rd**
Number    Street

**Teaneck, NJ 07666**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**39.** **LVNV Funding**
Name

**P.O. Box 10497**
Number    Street

**Greenville, SC 29603-0497**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**40.** **Resurgent Capital Services**
Name

**PO Box 510090**
Number    Street

**Livonia, MI 48151-2273**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**41.** **Scott & Associates, PC**
Name

**PO Box 115220**
Number    Street

**Carrollton, TX 75011**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**42.** **Rausch Sturm LLP**
Name

**300 N. Executive Dr. Ste 200**
Number    Street

**Brookfield, WI 53005**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

---

**43.** **MRS Associates**
Name

**1930 Olney Ave**
Number        Street

**Cherry Hill, NJ 08003**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.46** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        5    4    7    7

---

**44.** **Swift Financial**
Name

**Attn: Bankruptcy Notice**

**3505 Silverside Rd**
Number        Street

**Wilmington, DE 19810**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.46** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**45.** **Uncapped Ltd**
Name

**8 The Green #B**
Number        Street

**Dover, DE 19901**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.48** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**46.** **Carson Smithfield, LLC**
Name

**PO Box 9216**
Number        Street

**Old Bethpage, NY 11804**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**47.** **Morgan Cohen & Bach**
Name

**7225 N. Mona Lisa Rd. #200**
Number        Street

**Tucson, AZ 85741**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.53** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        ___ ___ ___ ___

---

**48.** **Enoch Kever PLLC**
Name

**Gary Zausmer**

**7600 N. Capital of TX Hwy Bldg B, #200**
Number        Street

**Austin, TX 78731**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.57** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        7    9    9    7

---

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|----------|-----------|-----------|-------|------|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---------|-----------------------------------------------------------------------------------|

**49.** **Round Table Physicians Group LLC**
Name

**5701 W. Slaughter Lane Bldg G**
Number     Street

**Austin, TX 78749-6456**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.67** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**50.** **Michael Enroughty**
Name

**4500 East West Hwy 6th Floor**
Number     Street

**Bethesda, MD 20814**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.71** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**51.** **LVNV Funding LLC**
Name

**c/o Resurgent Capital Services**

**Po Box 10497**
Number     Street

**Greenville, SC 29603-0497**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**52.** **LVNV Funding LLC**
Name

**P.O. Box 740281**
Number     Street

**Houston, TX 77274**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**53.** **Zwicker & Associates**
Name

**801 E. Old Settlers Blvd #220**
Number     Street

**Round Rock, TX 78664**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **5   0   0   3**

**54.** **Santander Bank, N.A.**
Name

**75 State Street**
Number     Street

**Boston, MA 02109**
City                     State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* |
|----------|-----------|-----------|-------|--------------------------|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong></td><td colspan="2"><strong>List Others to Be Notified About a Debt That You Already Listed - Additional Page</strong></td></tr>
</table>

**55.** **Cross River Bank**
Name

**885 Teaneck Rd**
Number        Street

**Teaneck, NJ 07666**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**56.** **Capital Management Services, LP**
Name

**698 1/2 S Ogden St**
Number        Street

**Buffalo, NY 14206-2317**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**57.** **MRS BPO, LLC**
Name

**Po Box 1050**
Number        Street

**Cherry Hill, NJ 08034-0012**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.73** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**58.** **Charter Communications**
Name

**400 Washington Blvd**
Number        Street

**Stamford, CT 06902-6641**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.73** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**59.** **CBE Group Inc**
Name

**PO Box 2635**
Number        Street

**Waterloo, IA 50704-2635**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.73** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**60.** **Portfolio Recovery Associates LLC**
Name

**120 Corporate Blvd #100**

Number        Street
**Norfolk, VA 23502-4962**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.76** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor 1 | __Christine__ | __Elizabeth__ | __White__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | __Brian__ | __Mark__ | __White__ | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**61**

Texas Workforce Commission
Name

PO Box 205787
Number        Street


Dallas`, TX 75320-5782
City              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.77__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**62**

Lending Club
Name

PO Box 884268
Number        Street


Los Angeles, CA 90088-4268
City              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.80__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**63**

Javitch Block LLC
Name

275 W Campbell Ste 312
Number        Street


Richardson, TX 75080
City              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.80__ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

| Debtor 1 | Christine | Elizabeth | White | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$11,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$11,000.00** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | **$634,061.24** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$634,061.24** |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brian** | **Mark** | **White** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **ALPS** | house rent |
| | Name | |
| | **PO Box 202344** | |
| | Number            Street | |
| | **Austin, TX 78720-2344** | |
| | City            State            ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number            Street | |
| | City            State            ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number            Street | |
| | City            State            ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number            Street | |
| | City            State            ZIP Code | |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brian** | **Mark** | **White** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

   **White, Brian Mark**
   Name of your spouse, former spouse, or legal equivalent
   **5844 Back Bay Lane**
   Number           Street
   **Austin, TX 78739**
   City              State            ZIP Code

   ☑ Yes. In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

   **White, Christine Elizabeth**
   Name of your spouse, former spouse, or legal equivalent
   **5844 Back Bay Lane**
   Number           Street
   **Austin, TX 78739**
   City              State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| Debtor 1 | **Christine** | **Elizabeth** | **White** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | | |
| | First Name | Middle Name | Last Name | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

---

**3.1**

**Mashup Foods Inc**
Name

**PO Box 91512**
Number                    Street

**Austin, TX 78709**
City                    State                    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line
  **2.1, 2.2, 4.10, 4.11, 4.14, 4.22, 4.25, 4.26, 4.27, 4.30, 4.33, 4.34, 4.38, 4.39, 4.40, 4.41, 4.42, 4.43, 4.44, 4.46, 4.47, 4.49, 4.50, 4.53, 4.57, 4.58, 4.59, 4.60, 4.61, 4.62, 4.63, 4.64, 4.65, 4.66, 4.68, 4.69, 4.70, 4.71, 4.72, 4.73, 4.74, 4.77, 4.78, 4.82, 4.83**
- ☐ Schedule G, line _____

---

**3.2**

**PickleSmash**
Name

**3601 S. Congress Ave #G300**
Number                    Street

**Austin, TX 78704**
City                    State                    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ____**4.15**____
- ☐ Schedule G, line _____

---

**3.3**

**White's Quality Foods LLC**
Name

**3601 S. Congress Av #G300**
Number                    Street

**Austin, TX 78704**
City                    State                    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line ____**4.59**____
- ☐ Schedule G, line _____

---

Official Form 106H                    **Schedule H: Codebtors**                    page _2_ of _2_

Fill in this information to identify your case:

| Debtor 1 | Christine | Elizabeth | White |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Brian | Mark | White |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western** District of **Texas**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

**Official Form 106I**

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | Mortgage Lender | catering and tech |
| Occupation may include student or homemaker, if it applies. | Employer's name | Prime Lending | Self employed |
| | Employer's address | 325 N. St. Paul #800 | |
| | | Number     Street | Number     Street |
| | | | |
| | | Dallas, TX 75201 | |
| | | City     State     ZIP Code | City     State     ZIP Code |
| | How long employed there? | since 9/2013 | 2024 |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If you are not paid monthly, calculate what the monthly wage would be. | 2. | $6,084.70 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $6,084.70 | $0.00 |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) |
|----------|-----------|-----------|-------|------------------------|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................➔ 4. | | **$6,084.70** | **$0.00** |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$1,050.44** | **$0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$182.36** | **$0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$778.52** | **$0.00** |
| 5e. **Insurance** | 5e. | **$24.34** | **$0.00** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h. **+** | **$0.00** **+** | **$0.00** |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$2,035.66** | **$0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$4,049.04** | **$0.00** |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$6,532.00** |
| 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: **See additional page** | 8h. **+** | **$1,075.00** **+** | **$869.00** |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,075.00** | **$7,401.00** |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,124.04** **+** | **$7,401.00** **=** **$12,525.04** |

| Debtor 1 | Christine | Elizabeth | White | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. **$12,525.04**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

❑ Yes. Explain: _____

| Debtor 1 | **Christine** | **Elizabeth** | **White** | Case number *(if known)* _____ |
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

| 1. **Fill in your employment information.** *Continued.* | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Occupation | **part-time catering support** | **bartender** |
| | Employer's name | **HHS** | **80 Proof LLC** |
| | Employer's address | **12495 Silver Creek Rd** | **1175 Chattahoochee Ave NW** |
| | | Number        Street | Number        Street |
| | | | |
| | | **Dripping Springs, TX 78620** | **Atlanta, GA 30318** |
| | | City        State        ZIP Code | City        State        ZIP Code |
| | How long employed there? | **10/2023** | **since 2/1/25** |

| | **Amount** |
|---|---|
| 8h. **Other monthly income For Debtor 1** | |
| **part-time catering support net** | **$475.00** |
| **Longstaff Bahamas Trust** | **$600.00** |
| 8h. **Other monthly income For Debtor 2 or non-filing spouse** | |
| **Part - time job net avg.** | **$869.00** |

**Schedule I: Your Income**

8a. Attached Statement

# computer technician/catering

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income: — **$8,431.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$1,899.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$1,899.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$6,532.00** |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christine** | **Elizabeth** | **White** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Brian** | **Mark** | **White** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | **Western District of Texas** | | |
| Case number | | | | |
| (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

**1.  Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **16** | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,200.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$36.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$0.00** |

| | | | **Your expenses** |
|---|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans    5.    **$0.00**

6. **Utilities:**

     6a. Electricity, heat, natural gas    6a.    **$490.00**

     6b. Water, sewer, garbage collection    6b.    **$200.00**

     6c. Telephone, cell phone, Internet, satellite, and cable services    6c.    **$570.00**

     6d. Other. Specify: _____    6d.    **$0.00**

7. **Food and housekeeping supplies**    7.    **$1,450.00**

8. **Childcare and children's education costs**    8.    **$0.00**

9. **Clothing, laundry, and dry cleaning**    9.    **$150.00**

10. **Personal care products and services**    10.    **$300.00**

11. **Medical and dental expenses**    11.    **$100.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12.    **$450.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    **$250.00**

14. **Charitable contributions and religious donations**    14.    **$0.00**

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.

     15a. Life insurance    15a.    **$280.00**

     15b. Health insurance    15b.    **$0.00**

     15c. Vehicle insurance    15c.    **$461.00**

     15d. Other insurance. Specify: _____    15d.    **$0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

     Specify: _____    16.    **$0.00**

17. **Installment or lease payments:**

     17a. Car payments for Vehicle 1    17a.    **$723.00**

     17b. Car payments for Vehicle 2    17b.    **$730.64**

     17c. Other. Specify: _____    17c.    **$0.00**

     17d. Other. Specify: _____    17d.    **$0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    **$0.00**

19. **Other payments you make to support others who do not live with you.**

     Specify: _____    19.    **$0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

     20a. Mortgages on other property    20a.    **$0.00**

     20b. Real estate taxes    20b.    **$0.00**

     20c. Property, homeowner's, or renter's insurance    20c.    **$0.00**

     20d. Maintenance, repair, and upkeep expenses    20d.    **$0.00**

     20e. Homeowner's association or condominium dues    20e.    **$0.00**

21. **Other.** Specify: _____  21.  +  _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.  22a.  _____ **$9,490.64**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b.  _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c.  _____ **$9,490.64**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.  23a.  _____ **$12,525.04**

    23b. Copy your monthly expenses from line 22c above.  23b.  −  _____ **$9,490.64**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.  23c.  _____ **$3,034.40**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor 1 | **Christine** | **Elizabeth** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Brian** | **Mark** | **White** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... | **$198,256.86** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................. | **$198,256.86** |

## Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$27,193.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$11,000.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + **$634,061.24** |
| | **Your total liabilities** **$672,254.24** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | **$12,525.04** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................... | **$9,490.64** |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
| Debtor 2 | **Brian** | **Mark** | **White** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
| --- | --- |
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Brian** | **Mark** | **White** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of Texas** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Christine Elizabeth White**
Christine Elizabeth White, Debtor 1

X **/s/ Brian Mark White**
Brian Mark White, Debtor 2

Date **05/01/2025**
MM/ DD/ YYYY

Date **05/01/2025**
MM/ DD/ YYYY

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brian** | **Mark** | **White** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number Street | From _____<br>To _____ | _____<br>Number Street | From _____<br>To _____ |
| _____<br>City State ZIP Code | | _____<br>City State ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number Street | From _____<br>To _____ | _____<br>Number Street | From _____<br>To _____ |
| _____<br>City State ZIP Code | | _____<br>City State ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
| --- | --- |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$21,223.00** | ☑ Wages, commissions, bonuses, tips | **$2,340.00** |
| | ☑ Operating a business | **$0.00** | ☑ Operating a business | **$33,727.00** |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$81,851.00** | ☑ Wages, commissions, bonuses, tips | **$10,314.00** |
| | ☑ Operating a business | **$10,237.00** | ☑ Operating a business | **$75,761.00** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$121,468.00** | ☑ Wages, commissions, bonuses, tips | **$3,804.00** |
| | ☑ Operating a business | **$6,134.00** | ☑ Operating a business | **$2,237.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **John S. Jones Longstaff Trust** | **$9,970.00** | | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | **John S. Jones Longstaff Trust** | **$7,200.00** | | |

| Debtor 1 | Christine | Elizabeth | White | |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For the calendar year before that:**

(January 1 to December 31, __2023__ )
YYYY

| | |
|---|---|
| John S. Jones Longstaff Trust | $1,800.00 |
| | (3,000.00) |
| capital gains | $10,000.00 |
| gift from grandfather | $15,463.00 |
| John Steven Jones Trust FBO Liz | |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Creditor's Name | | | | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City    State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number   Street | | | | |
| City   State   ZIP Code | | | | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **SoFi Lending Corp v. Christine White** | **collection** | **CCL #2 Travis County** Court Name **1700 Guadalupe** Number   Street **Austin, TX 78701** City   State   ZIP Code | ☐ Pending ☐ On appeal ☑ Concluded |
| Case number **C-1-CV-23-005003** | | | |

| Debtor 1 | **Christine** | **Elizabeth** | **White** | |
|---|---|---|---|---|
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Ecommerce Funding et al v. Mashup Foods Inc et al** | **collection/guaranty** | **445th District Court Travis County**<br>Court Name<br>**111 Guadalupe**<br>Number     Street<br>**Austin, TX 78701**<br>City                    State       ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **D-1-GN-23-007997** | | | |
| Case title | **Discover Bank v. Christine White** | **debt collection** | **Travis County Justice Court, Pct 3**<br>Court Name<br>**8656 W US Hwy 71 Ste 200**<br>Number     Street<br>**Austin, TX 78735-8391**<br>City                    State       ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **JC-CV-24-001942** | | | |
| Case title | **Discover Bank v. Brian M. White** | **debt collection** | **Travis County Court at Law #2**<br>Court Name<br>**PO Box 149325**<br>Number     Street<br>**Austin, TX 78714**<br>City                    State       ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **C-1-CV-23-004195** | | | |
| Case title | **American Express National Bank v. Christine White** | **debt collection** | **Travis County Court at Law #2**<br>Court Name<br>**PO Box 149325**<br>Number     Street<br>**Austin, TX 78714**<br>City                    State       ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **C-1-CV-23-005382** | | | |
| Case title | **Small Business Financial Solutins LLC v. Mashup Foods Inc et al** | **debt collection** | **Circuit Court for Montgomery County Maryland**<br>Court Name<br>**50 Maryland Ave**<br>Number     Street<br>**Rockville, MD 20850**<br>City                    State       ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **C-15-005512** | | | |
| Case title | **Bank of Americ NA v. Brian White** | **debt collection** | **Travis County Justice Court, Pct 3**<br>Court Name<br>**8656 W US Hwy 71 Ste 200**<br>Number     Street<br>**Austin, TX 78735-8391**<br>City                    State       ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **J3-CV-24-002616** | | | |

| Debtor 1 | Christine | Elizabeth | White | | |
|---|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Bank of America N.A v. Brian White** | **debt collection** | **Travis County Justice Court, Pct 3**<br>Court Name<br>**8656 W US Hwy 71 Ste 200**<br>Number    Street<br>**Austin, TX 78735-8391**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **J3-CV-24-002617f** | | | |
| Case title | **Velocity Investments LLC assignee of Lending Club Corporation assignee of Web Bank v. Christine White** | **debt collection** | **Travis County Justice Court, Pct 3**<br>Court Name<br>**8656 W US Hwy 71 Ste 200**<br>Number    Street<br>**Austin, TX 78735-8391**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **J3-CV-25000311** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | |
| | **Explain what happened** | | |
| City    State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ | | |

Debtor 1 Christine Elizabeth White
Debtor 2 Brian Mark White

First Name        Middle Name        Last Name

Case number *(if known)* _____

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ _____ | _____ _____ |
| Number    Street | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ _____ | _____ _____ |
| Number    Street | | | |
| City          State    ZIP Code | | | |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christine** | **Elizabeth** | **White** | |
| Debtor 2 | **Brian** | **Mark** | **White** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Michael Baumer**<br>Person Who Was Paid<br><br>**Po Box 1818**<br>Number      Street<br><br><br>**Liberty Hill, TX 78642-1818**<br>City            State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | **attorney fees ; ; ; ; ;** | **3/13/2024**<br><br>**4/23/24**<br><br>**5/14/24**<br><br>**6/17/24**<br><br>**7/17/24**<br><br>**8/14/24** | **$2,122.00**<br><br>**$500.00**<br><br>**$500.00**<br><br>**$500.00**<br><br>**$500.00**<br><br>**$500.00** |
| **Abacus Credit Counseling**<br>Person Who Was Paid<br><br>**17337 Ventura Blvd #205**<br>Number      Street<br><br><br>**Encino, CA 91316**<br>City            State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | **credit counseling & education** | **11/13/2024** | **$40.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | | |
| | | | |
| City   State   ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **John Jones**<br>Person Who Received Transfer | **Debtor receives her brother's $600 per month trust fund deposit into her account as he does not have a bank account and is in and out of jail. She then transfers the funds out to his commissary account or other friends who then give him the cash.** | | **monthly since 8/2024** |
| **no address**<br>Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you<br>**brother** | | | |
| **unrelated third parties**<br>Person Who Received Transfer | **$400 cash for sale of clothing and furniture** | | **12/2024** |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you<br>**none** | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America (for Mashup Foods Inc.)**<br>Name of Financial Institution | XXXX– 1 5 3 1 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 9.4.24 | $0.00 |
| **Po Box 15284**<br>Number    Street | | | | |
| **Wilmington, DE 19850-5284**<br>City    State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ <br> Name of Financial Institution <br><br> _____ <br> Number    Street <br><br> _____ <br> City     State    ZIP Code | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City     State    ZIP Code | | ☐ No <br> ☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SpareBox Storage** <br> Name of Storage Facility <br><br> **701 W lOOP 340** <br> Number    Street <br><br> **Austin, TX 78712** <br> City     State    ZIP Code | _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City     State    ZIP Code | **furniture, glassware** | ☐ No <br> ☑ Yes |

# Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Prime Lending** <br> Owner's Name <br><br> **325 N. Saint Paul St #800** <br> Number    Street <br><br> **Dallas, TX 75201** <br> City     State    ZIP Code | _____ <br> Number    Street <br><br> _____ <br> City     State    ZIP Code | **laptop** | **$500.00** |

| Debtor 1 | Christine | Elizabeth | White |
|---|---|---|---|
| Debtor 2 | Brian | Mark | White |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number    Street | _____ Number    Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number    Street | _____ Number    Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** | | ☐ Pending |
| _____ | | | ☐ On appeal |
| | **Number    Street** | | ☐ Concluded |
| Case number | | | |
| | **City         State    ZIP Code** | | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| **Mashup Foods Inc** Name | **food manufacturing** | EIN:  8  2  –  5  1  4  9  1  2  5 |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| **PO Box 91512** Number    Street | **Mike Lucas** | From  3/2021    To  present |
| **Austin, TX 78709** City        State   ZIP Code | | |

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| **White's Quality Foods LLC** Name | **food manufacturing** | EIN:  8  2  –  5  1  4  9  1  2  5 |

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| **3601 S. Congress Av #G300** Number    Street | **Mike Lucas** | From  4/2018    To  3/2021 |
| **Austin, TX 78704** City        State   ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

First Name  Middle Name  Last Name

Case number *(if known)* _____

| Date issued |

**Name** _____

**MM / DD / YYYY**

**Number  Street** _____

_____

**City  State  ZIP Code**

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Christine Elizabeth White** _____  **X** **/s/ Brian Mark White** _____

Signature of Christine Elizabeth White, Debtor 1  Signature of Brian Mark White, Debtor 2

Date **05/01/2025** _____  Date **05/01/2025** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

x

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christine** | **Elizabeth** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Brian** | **Mark** | **White** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Members Choice** <br><br> Description of property securing debt: **2019 Honda Passport Elite** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Members Choice** <br><br> Description of property securing debt: **2020 Volvo XC60** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---------|----------------------------------------------|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|--------------------------------------------------|---|----------------------------|
| Lessor's name: | ALPS | ☐ No |
| | | ☑ Yes |
| Description of leased property: | house rent | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No |
| | | ☐ Yes |
| Description of leased property: | | |

| Part 3: | Sign Below |
|---------|------------|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Christine Elizabeth White        **X** /s/ Brian Mark White
_____               _____
Signature of Debtor 1                    Signature of Debtor 2

Date **05/01/2025**                      Date **05/01/2025**
_____                      _____
MM/ DD/ YYYY                             MM/ DD/ YYYY

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Brian** | **Mark** | **White** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 122A-1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.   Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | | | |
|---|---|---|---|

**Debtor 1** Christine Elizabeth White
First Name / Middle Name / Last Name

**Debtor 2**
(Spouse, if filing) Brian Mark White
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Texas

Case number
(if known) _____

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income 12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5.  **Net income from operating a business, profession, or farm**

                   Debtor 1    Debtor 2

    Gross receipts (before all deductions)

    Ordinary and necessary operating expenses    - _____   - _____

    Net monthly income from a business, profession, or farm [ _____ ] [ _____ ] Copy here →    _____    _____

6.  **Net income from rental and other real property**

                   Debtor 1    Debtor 2

    Gross receipts (before all deductions)

    Ordinary and necessary operating expenses    - _____   - _____

    Net monthly income from rental or other real property [ _____ ] [ _____ ] Copy here →    _____    _____

7.  **Interest, dividends, and royalties**                 _____    _____

| Debtor 1 | Christine | Elizabeth | White | |
|---|---|---|---|---|
| Debtor 2 | Brian | Mark | White | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

For you.....................................................

For your spouse.......................................... _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

_____

Total amounts from separate pages, if any.                    + _____    + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

---

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................................   **Copy line 11 here →**  [ _____ ]

Multiply by 12 (the number of months in a year).                    **x 12**

12b. The result is your annual income for this part of the form.                    12b. [ _____ ]

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     [ _____ ]

Fill in the number of people in your household.     [ _____ ]

Fill in the median family income for your state and size of household....................................................................   13. [ _____ ]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Debtor 1 | **Christine** | **Elizabeth** | **White** |
|----------|--------------|---------------|-----------|
| Debtor 2 | **Brian** | **Mark** | **White** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____



| Part 3: | Sign Below |
|---------|-----------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Christine Elizabeth White** _____

Signature of Debtor 1

Date  **05/01/2025** _____
MM/  DD/  YYYY

X  **/s/ Brian Mark White** _____

Signature of Debtor 2

Date  **05/01/2025** _____
MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

| Debtor 1 | Christine | Elizabeth | White |
|---|---|---|---|
| Debtor 2 | Brian | Mark | White |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Additional Page For 122A-1

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **10.** Cont. | | |
| **part-time catering support net** | $0.00 | |
| **Longstaff Bahamas Trust** | $0.00 | |
| **Part - time job net avg.** | | $0.00 |

IN RE: **White, Christine Elizabeth**
          **White, Brian Mark**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **05/01/2025**    Signature      **/s/ Christine Elizabeth White**

Christine Elizabeth White, Debtor

Date    **05/01/2025**    Signature      **/s/ Brian Mark White**

Brian Mark White, Joint Debtor

## ALPS
PO Box 202344
Austin, TX 78720-2344

## Altus Receivables Management
2121 Airline Dr #520
Metairie, LA 70002

## American Express
Po Box 981537
El Paso, TX 79998-1537

## Ashley Furniture
PO Box 965036
Orlando, FL 32896

## Asset Recovery Solutions, LLC
2200 E Devon Ave Ste 200
Des Plaines, IL 60018-4501

## Austin Regional Clinic
PO Box 660061
Dallas, TX 75266-0061

## Austin Regional Clinic
Po Box 26726
Austin, TX 78755-0726

## Bank of America
Po Box 982238
El Paso, TX 79998-2238

**Barclay**
PO Box 7247
Philadelphia, PA 19170


**Barclays Bank**
Po Box 60517
City Industry, CA 91716-0517


**Barnett & Garcia**
3821 Juniper Trace Ste 108
Austin, TX 78738


**BB4 a Series of Assure Labs
2021 LLC**
190 N 10th St
Brooklyn, NY 11211


**Bee Cave Capital LLC**
832 Stonewall Ridge Lane
Austin, TX 78746


**Best Egg**
PO Box 42912
Philadelphia, PA 19101


**Brian Ruane**
1425 Boadway #435
Seattle, WA 98122


**Business Backer**
10856 Reed Hartman Hwy #100
Cincinnati, OH 45242

## Capital Management Services
698 1/2 S Ogden St
Buffalo, NY 14206-2317

## Capital Management Services, LP
698 1/2 S Ogden St
Buffalo, NY 14206-2317

## Capital One
Po Box 60519
City Industry, CA 91716-0519

## Carson Smithfield, LLC
PO Box 9216
Old Bethpage, NY 11804

## Cavalry Portfolio Services
PO Box 27288
Tempe, AZ 85285-7288

## Cavalry SPV I LLC
1 American Ln Ste 220
Greenwich, CT 06831-2563

## CBE Group Inc
PO Box 2635
Waterloo, IA 50704-2635

## Charter Communications
400 Washington Blvd
Stamford, CT 06902-6641

Comenity Capital Bank/Ikea
PO Box 182120
Columbus, OH 43219

Coyote Logistics
2545 W. Diversey Ave
Chicago, IL 60647

Credit Control, LLC
PO Box 546
Hazelwood, MO 63042-0546

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Cross River Bank
885 Teaneck Rd
Teaneck, NJ 07666

Damon Neth
10022 Estancia
Austin, TX 78739

Data Council
PO Box 74482
Atlanta, GA 30374

DC Scott
1202 W. Bitters Bldg 2
San Antonio, TX 78216

## Dell Children's Medical Center
Po Box 204301
Dallas, TX 75320-4301

## Diligent Services
2301 E. St Elmo #3-306
Austin, TX 78744

## Discover
PO Box 71242
Charlotte, NC 28272-1242

## Egan Nelson LLP
221 W. 6th St #900
Austin, TX 78701

## Egan Nelson LLP
2911 Turtle Creek Blvd #1100
Dallas, TX 75219

## Elizabeth Berry
address unknown
liz.berry@gmail.com

## Emblem
PO Box 105555
Atlanta, GA 30348

## Enoch Kever PLLC
Gary Zausmer
7600 N. Capital of TX Hwy Bldg B, #200
Austin, TX 78731

**Financial Recovery Services**
Po Box 21405
Eagan, MN 55121-1405

**First National Legacy**
500 E. 60th St N.
Sioux Falls, SD 57104

**First Premier Bank**
3820 N. Louise Ave
Sioux Falls, SD 57107

**Frost Arnett**
Po Box 198988
Nashville, TN 37219-8988

**Getida**
1345 Queen Anne Road
Teaneck, NJ 07666

**Glass Mountain Capital LLC**
1375 Woodfield Rd Ste 400
Schaumburg, IL 60173-5426

**HEB**
2975 Regent Blvd #202531
Irving, TX 75063

**Internal Revenue Service**
Special Procedures Staff - Insolvency
Po Box 7346
Philadelphia, PA 19101-7346

James Cole
190 N 10th St,
Brooklyn, NY 11211


Javitch Block LLC
275 W Campbell Ste 312
Richardson, TX 75080


Javitch Block, LLC
1100 Superior Ave 19th Floor
Cleveland, OH 44114-2521


Jeffrey S. Pinsker, Trustee of Jeffrey
S. Pinsker Revocable Trust
555 E. 5th #3021
Austin, TX 78701

Jenkins Law Firm, PC
Attn: Robert E Jenkins
2221 Justin Rd # 119-480
Flower Mound, TX 75028-4848


Jonathan Skaare
2504 S. 5th St Unit A
Austin, TX 78704


Kapture Box
3114 Garrison St
San Diego, CA 92106


KeHe
90t0 N. Schmid Rd
Romeoville, IL 60446

**Lending Club**
PO Box 884268
Los Angeles, CA 90088-4268


**LoanBuilder - PayPal**
1930 Olney Ave
Cherry Hill, NJ 08003


**LVNV Funding**
P.O. Box 10497
Greenville, SC 29603-0497


**LVNV Funding LLC**
c/o Resurgent Capital Services
Po Box 10497
Greenville, SC 29603-0497


**LVNV Funding LLC**
P.O. Box 740281
Houston, TX 77274


**LVNV Funding LLC**
Po Box 10497
Greenville, SC 29603-0497


**Mandlik & Rhodes**
223 Applebee St
Barrington, IL 60010


**Marcus Goldman Sachs**
PO Box 45400
Salt Lake City, UT 84145-0400

Marlette Funding LLC
3419 Silverside Road
Wilmington, DE 19810


Mashup Foods Inc
PO Box 91512
Austin, TX 78709


Matthew Gase
903 Dartmoor Dr.
Austin, TX 78746


Matthew O-Hayer
2309 S. 4th St
Austin, TX 78704


Members Choice
PO Box 20248
Waco, TX 76702-0247


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804


Merrick Bank
Attn: Bankruptcy
PO Box 23356
Pittsburgh, PA 15222


Michael Enroughty
4500 East West Hwy 6th Floor
Bethesda, MD 20814

**Midland Credit Management**
350 Camino De La Reina Ste 100
San Diego, CA 92108-3007


**MJS Packaging**
500 E. St. Johns Ave #2620-1010
Austin, TX 78752


**Morgan Cohen & Bach**
7225 N. Mona Lisa Rd. #200
Tucson, AZ 85741


**MRS Associates**
1930 Olney Ave
Cherry Hill, NJ 08003


**MRS BPO, LLC**
Po Box 1050
Cherry Hill, NJ 08034-0012


**Nebraska Furniture Mart**
PO Box 2335
Omaha, NE 68103-2335


**Nelnet**
Po Box 82561
Lincoln, NE 68501-2561


**Onramp Funds, Inc**
and eCommerce Funding LLC
7600 N. Capital of TX HWY Bldg 2, #200
Austin, TX 78731

## Optimal Counsel

500 E. St Johns Ave #2620-1010
Austin, TX 78752

## Patillo Brown & Hill LLP

PO Box 20725
Waco, TX 76702-0725

## PickleSmash

3601 S. Congress Ave #G300
Austin, TX 78704

## Portfolio Recovery Associates LLC

120 Corporate Blvd #100
Norfolk, VA 23502-4962

## Portfolio Recovery Services

120 Corporate Blvd
Norfolk, VA 23502

## Rausch Sturm LLP

300 N. Executive Dr. Ste 200
Brookfield, WI 53005

## Rausch Sturm LLP

15660 N Dallas Parkway, Ste 350
Dallas, TX 75248

## Reap Commerce

1920 McKinney Ave Floor 7
Dallas, TX 75201

Reap Marketing LLC
1920 McKinney Ave Floor 7
Dallas, TX 75201


Renfro Foods
815 Stella St
Fort Worth, TX 76104


Resurgent Receivables LLC
Po Box 10497
Greenville, SC 29603-0497


Resurgent Capital Services
PO Box 510090
Livonia, MI 48151-2273


RGS Financial Inc
PO Box 852039
Richardson, TX 75085-2039


Ricardo Casas & Laurel Casas
4224 Wyldwood Rd
Austin, TX 78739


Richard Riccardi 2002
Generation
Skipping Trust
661 Forest Oaks Dr.
Mckinney, TX 75069


Robert A. Ziegler
900 S. Center St.
Austin, TX 78704

Roland Jones Jr
381 CR 1070
Hewitt, TX 76643

Round Table Physicians Group
LLC
5701 W. Slaughter Lane Bldg G
Austin, TX 78749-6456

S Austin Emergency Center
PO Box 669152
Dallas, TX 75266

Santander Bank, N.A.
75 State Street
Boston, MA 02109

Scott & Associates, PC
PO Box 115220
Carrollton, TX 75011

Scott Jensen
8309 Young Lane
Austin, TX 78737

SKU 7 ATX Holdings LLC
2802 Petes Path
Austin, TX 78731

SKU 7 Picklesmash PR Series
I
3802 Petes Path
Austin, TX 78731

**Small Business Financial Solutions LLC**
4500 East West Hwy, 6th Floor
Bethesda, MD 20814


**Sofi Lending Corp**
2750 E Cottonwood Pkwy
Salt Lake City, UT 84121


**Spectrum**
PO Box 60074
City of Industry, CA 91716-0074


**SPS Commerce**
PO Box 205782
Dallas, TX 75320-5782


**Swift Financial**
Attn: Bankruptcy Notice
3505 Silverside Rd
Wilmington, DE 19810


**Synchrony Bank (Care Credit)**
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060


**Synchrony Bank/Venmo**
PO Box 965015
Orlando, FL 32896


**Texas Comptroller of Public Accounts**
PO Box 13528 Capitol Station
Revenue Accounting Div - Bankruptcy Sect
Austin, TX 78711

**Texas Workforce Commission**
OAG Bankruptcy & Collection Div
PO Box 12548 MC008
Austin, TX 78711


**Texas Workforce Commission**
PO Box 205787
Dallas`, TX 75320-5782


**TRE Investments LLC**
PO Box 1219
Dripping Springs, TX 78620


**Uncapped Ltd**
8 The Green #B
Dover, DE 19901


**Unifin, Inc**
Po Box 1608
Skokie, IL 60076-8608


**United States Attorney General**
950 Pennsylvania Ave., N.W. Department of FHA
Washington, DC 20530


**United States Attorney/IRS**
601 NW Loop 410 Ste. 600
San Antonio, TX 78316-5512


**US Acute Care Solutions**
PO Box 9820
Coral Springs, FL 33075

**US Acute Care Solutions**
Po Box 9820
Coral Springs, FL 33075-0820

**Velocity Investments LLC**
PO Box 788
Wall, NJ 07719

**Velocity Investments LLC**
PO Box 788
Wall, NJ 07719

**Villas at Beaver Creek**
1000 Meadow Creek Dr
Irving, TX 75038

**WebBank/Shopify**
100 Schockoe Skip 2nd Floor
Richmond, VA 23219

**White's Quality Foods LLC**
3601 S. Congress Av #G300
Austin, TX 78704

**WSD Enterprises LTD**
4707 Elsy Ave
Dallas, TX 75209

**Wyndham Vacation Resorts**
6277 Sea Harbor Dr.
Orlando, FL 32821

## Zwicker & Ass

Tone Lewis
801 W. Old Settlers Blvd #220
Round Rock, TX 78664

## Zwicker & Assoc.

80 Minuteman Rd
Andover, MA 01810-1008

## Zwicker & Associates

801 E. Old Settlers Blvd #220
Round Rock, TX 78664

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | **$15** | **trustee surcharge** |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

## Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | **$78** | **administrative fee** |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | **$78** | **administrative fee** |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms /bankruptcy_form s.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa /ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts /Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

IN RE:
Christine Elizabeth White
Brian Mark White

CHAPTER 7

## **RULE 2016(B) DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTORS**

This sets out our agreement regarding this firm's representation of you in a Chapter 7 bankruptcy case involving issues and/or debts related to a current or prior business to be filed in Austin, Texas. We generally charge a "flat fee" for this type of representation for basic agreed upon services. This fee includes attorney and legal assistant time and routine out of pocket expenses (long distance, copies, postage, faxes).

**Total Attorney Fees: $4,622.00**
**Total Attorney Fees Paid: $4,622.00**
**Balance due : $0.00**

The attorney fee for filing your case will be $4,622, plus the filing fee of $338 and the debt counseling/personal financial management class fee of $40, plus any additional amounts set out below. If you choose to do the class over the telephone rather than online, the cost is $60. A total retainer of $5,000 must be paid prior to filing your case and is payable as follows: A typical case takes three appointments at our office prior to filing the case. The first is your free initial consultation. The second is the review of your completed homework package, at which a payment of $2,500 is due. While we are preparing your case, you will make monthly payments of $500, credited toward the total $5,000. The third is the signing appointment at which any balance must be paid. If you want us to begin taking creditor calls, we require a payment of $350, which will be credited to the retainer. We require payment of the full fee prior to filing if the debtor is a corporation.

**The services included in the flat fee for a business Chapter 7 are:**

Pre-filing:
    -initial client meeting
    -homework package meeting(s)
    -signing meeting
    -preparation of petition, schedules of assets and liabilities, and statement of financial affairs
    -responding to creditor calls and correspondence
Post-filing:
    -responding to creditor calls and correspondence
    -attendance at creditors meeting
    -review of security agreements and up to two reaffirmation agreements and attending hearings on the same
    -preparation of and hearings on two motions to avoid non-purchase money liens or judicial liens on homestead and hearings on same
    -preparation of responses to objections to exemptions

**Additional fees will be charged for the following:**

Pre-filing:
    -credit report ($30 individual, $50 joint)
    -excess of 30 creditors (30 - 70, add $250; 70 - 100, add $500; 100+ we will negotiate a fee)
    -more than $100,000 in unsecured debt (up to $150,000, add $250: more than $150,000, add $500; more than $250,000, we will negotiate a fee)
    -affidavit of special circumstances ($350)
    -non-filing spouse ($250)
    -more than four pre-filing meetings, including no shows or rescheduling with less than 48 hours notice ($200 each)
    -more than 2 two motions to avoid non-purchase money liens or judicial liens on homestead ($75 each)
    -dropping off your homework package without making an appointment to review it with an attorney ($200)

Post-filing:
- motions to sell property ($400)
- adding creditors after the initial filing ($75 for first creditor, $20 each additional creditor per amendment)
- amending schedules of exempt assets for assets not listed in homework package ($150)
- contested motions for relief from stay ($350 for mortgages; $250 for vehicles)
- notice for a reset creditors meeting ($75)
- responding to motions to dismiss for failure to file documents or to attend creditors meeting ($250)
- responding to motions to dismiss by the U.S. Trustee based on ineligibility to file Chapter 7 ($400 per hour plus expenses)
- adversary proceedings ($400 per hour plus expenses)
- discovery ($400 per hour plus expenses)

In the event that additional fees are charged, those fees will be required to be paid either pre-filing or post-filing, as designated above, unless otherwise agreed.

Our agreement to represent you **does not include** filing or defending adversary proceedings. In the event an adversary proceeding is filed against you, we will negotiate our representation and fee at that time. (An adversary would generally be a dispute regarding the dischargeability of a particular debt.) Our agreement to represent you in a bankruptcy case also does not constitute an agreement to initiate or defend any litigation on your behalf, whether in bankruptcy court or state court. **We do not defend state court collection lawsuits.**

Due to reporting errors by creditors and credit reporting agencies, your credit report after filing may not accurately reflect the status of your debts after your bankruptcy discharge. It is the responsibility of your individual creditors to report the status of your debts properly. We cannot guarantee that your creditors will do so. Although we can usually help you correct these problems, we do charge a fee for that service which is not included in the fee for the Chapter 7.

We will provide you with a copy of all of the documents which we file on your behalf in your case at the time they are filed. At the time your discharge is entered, the Court will mail you a copy of the discharge order. These documents are very important. They are the documents a home lender will typically require when you apply for a home loan. Once your case is closed, we send your file to offsite storage. If you request copies of these documents after we send your file offsite, we charge a $75 fee for retrieval of these documents. In addition, our records are destroyed after 5 years and we may not be able to retrieve copies after that time.

By executing this agreement, you are representing to us that you will pay the agreed upon fee in the agreed upon installments. By executing this agreement you agree that if you fail to make the agreed upon payments of fees, we may cease representation of you immediately and that you will not oppose a motion to withdraw as your attorneys.

**This agreement is not binding until it is signed by both parties and the full retainer is paid. Our offer to represent you expires if you have not executed this engagement letter and paid at least $600 within 90 days after the date of your consultation. If your case is not filed within 6 months of execution of this agreement, our agreement to represent you expires and we will keep any monies received for services rendered.**

The source of compensation was the Debtor(s). The source of compensation to be paid is the Debtor(s). I have not agreed to share the above described compensation with any other person, unless this client(s) was referred to us by the Lawyer Referral Service, in which case we have agreed to a 15% referral fee for all fees received over $400.00.

Dated:  5/1/2025

/s/ Michael Baumer, SB 01931920
Law Office of Michael Baumer
PO Box 1818
Liberty Hill, TX 78642


/S/ Christine Elizabeth White
_____
Christine Elizabeth White

/s/ Brian Mark White
_____
Brian Mark White